IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| Rod Shipping Ltd., | § |
| Plaintiff, | § CIVIL ACTION _____ |
| vs. | § IN ADMIRALTY, Rule 9(h) |
| Caventinc Shipping & Petroleum Co. Ltd., et al., | § |
| Defendants, | § |
| and | § |
| Cavalier Enterprise Inc., et al., | § |
| Garnishees. | § |

**DISCLOSURE OF CORPORATE INTEREST**

Pursuant to Fed. R. Civ. P. 7.1, Plaintiff states it has no parent corporation and that none of its shares are held by publicly traded corporations. No other party has a financial interest in the outcome of this litigation.

    YOUNG CONAWAY STARGATT & TAYLOR LLP

    */s/ Timothy Jay Houseal*
    _____
    Timothy Jay Houseal (Del. Bar ID No. 2880)
    Rodney Square
    1000 North King Street
    Wilmington, DE 19801
    (302) 571-6682
    thouseal@ycst.com

    *Attorneys for Rod Shipping Ltd.*

**OF COUNSEL**

J. Stephen Simms
Simms Showers LLP
201 International Circle, Ste. 230

Baltimore, Maryland 21030
Telephone:     (410) 783-5795
Facsimile:     (410) 510-1789
jssimms@simmsshowers.com

Dated: October 28, 2021